UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNE CAMERON CAIN, individually and as representative of the Estate of Alexander Pinczowski; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant-Appellee. | No.   19-16265 <br><br> D.C. No. 3:17-cv-02506-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellee's motion (Docket Entry No. 8) for a stay of appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until issuance of the mandates in *Taamneh v. Twitter, Inc.*, No. 18-17192, *Clayborn v. Twitter, Inc.*, No. 19-15043, and *Gonzalez v. Google, LLC*, No. 18-16700.

Appellee shall file a status report on November 12, 2019 and every 90 days thereafter while *Taamneh v. Twitter, Inc.*, *Clayborn v. Twitter, Inc.*, and *Gonzalez v. Google, LLC*, are pending.

Appellant shall notify the court by filing a status report within 7 days of the issuance of the mandate in *Taamneh v. Twitter, Inc.*, *Clayborn v. Twitter, Inc.*, or *Gonzalez v. Google, LLC*.

Failure to file a status report may terminate the stay of appellate

LK/Pro Mo

proceedings.

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7